```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 08149
    JOHN V PASTERNACK JR
    JUDITH B PASTERNACK                        CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3670    SSN XXX-XX-6737

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/11/2006 and was confirmed 03/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL UNSECURED          708.14          .00            .00
INTERNAL REVENUE SERVICE PRIORITY          5979.22          .00         525.35
WELLS FARGO HOME MORTGAG CURRENT MORTG        .00           .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    16266.20          .00       16266.20
INTERNAL REVENUE SERVICE SECURED          12800.00          .00        5590.00
INTERNAL REVENUE SERVICE UNSECURED       165145.65          .00            .00
ILLINOIS DEPT OF REVENUE SECURED NOT I     2662.59          .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY          2663.86          .00         234.05
ILLINOIS DEPT OF REVENUE UNSECURED         3305.81          .00            .00
ILLINOIS DEPT OF REVENUE SECURED NOT I     2680.70          .00            .00
RESURGENT CAPITAL SERVIC UNSECURED          126.25          .00            .00
RESURGENT CAPITAL SERVIC UNSECURED        11026.38          .00            .00
INTERNAL REVENUE SERVICE UNSECURED        66242.91          .00            .00
WASHINGTON MUTUAL        SECURED NOT I        .00           .00            .00
WASHINGTON MUTUAL        SECURED NOT I        .00           .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED          .00            .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED          .00            .00
PHILIP A IGOE            DEBTOR ATTY      2,000.00                     2,000.00
TOM VAUGHN               TRUSTEE                                       1,834.40
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            26,450.00

PRIORITY                                       759.40
SECURED                                     21,856.20
UNSECURED                                         .00
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                         1,834.40

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 06 B 08149 JOHN V PASTERNACK JR & JUDITH B PASTERNACK
```

```
DEBTOR REFUND                                                        .00
                                        ---------------    ---------------
TOTALS                                       26,450.00          26,450.00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 03/05/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```